IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEMARIE DIAN REEDY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | **4:21CV3084**<br><br>**ORDER** |

This matter is before the Court on plaintiff's motion to proceed without prepaying fees or costs. Filing No. 2. The Court, being advised in the premises, determines that this request should be granted.

Accordingly, IT IS ORDERED that plaintiff's motion to proceed without prepaying fees or costs, Filing No. 2, is granted.

Dated this 20th day of May, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge