IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEMARIE DIAN REEDY,<br><br>          Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration;<br><br>          Defendant. | 4:21CV3084<br><br>ORDER |

This matter is before the Court on the plaintiff's unopposed motion for an extension of time, Filing No. 20. Plaintiff requests a 60 day extension of time until February 7, 2022 to file its Motion for Judgment on the Administrative Record and Brief in Support. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The plaintiff's unopposed motion for an extension of time (Filing No. 20) is granted.

2. The plaintiff shall file its Motion for Judgment on the Administrative Record and Brief in Support on or before February 7, 2022.

Dated this 30th day of December, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge